JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Patricia Alvarez,<br><br>        Plaintiffs,<br><br>  v.<br><br>Jo-Ann Stores, LLC, *et al.*,<br><br>        Defendants. | Case No.<br>EDCV 17-1804-JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant Jo-Ann Stores, LLC is GRANTED. Plaintiff Patricia Alvarez's Complaint against Defendants is DISMISSED.

 Judgment is entered in favor of Defendants.

Dated: August 29, 2018

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge